IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01132-RPM-CBS

CHARKEN CONSTRUCTION, INC.,

    Plaintiff,

v.

ROBERTS CONSTRUCTION COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    Upon consideration of the Notice of Dismissal [6] filed on July 30, 2008, it is

    ORDERED that this case is dismissed without prejudice, each party to pay its own costs and attorneys fees.

    DATED this 31st day of July, 2008.

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch,
                                     United States District Judge