IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01132-RPM-CBS

CHARKEN CONSTRUCTION, INC.,

    Plaintiff,

v.

ROBERTS CONSTRUCTION COMPANY,

    Defendant.
_____

ORDER DENYING DEFENDANT'S MOTION TO AMEND ORDER OF DISMISSAL
_____

On July 30, 2008, the plaintiff filed a Notice of Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(A)(i). This Court entered an Order of Dismissal without Prejudice on July 31, 2008. On July 31, 2008, the defendant filed a motion to amend that order to permit it to pursue costs and attorney's fees pursuant to Fed.R.Civ.P. 54. The Court's order of dismissal was not a necessary requirement. The plaintiff's Notice of Dismissal was its right under the rule in that the defendant did not file an answer or motion for summary judgment. Accordingly, it is

ORDERED that the motion to amend the order of dismissal is denied.

DATED this 4th day of August, 2008.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge